1  JEREMY PASTERNAK, Bar No. 181618
   jdp@pasternaklaw.com
2  DEANNA L. MAXFIELD, Bar No. 291913
   dm@pasternaklaw.com
3  Law Offices of Jeremy Pasternak
   354 Pine Street, Fifth Floor
4  San Francisco, CA 94104
   Telephone: (415) 693-0300
5  Facsimile: (415) 693-0393

6  Attorneys for Plaintiff
   ALEXIS BERMUDEZ
7
   BARBARA A. BLACKBURN, Bar No. 253731
8  bblackburn@littler.com
   NATHANIEL H. JENKINS, Bar No. 312067
9  njenkins@littler.com
   LITTLER MENDELSON, P.C.
10 500 Capitol Mall
   Suite 2000
11 Sacramento, CA 95814
   Telephone: 916.830.7200
12 Facsimile: 916.561.0828

13 Attorneys for Defendant
   UNITED PARCEL SERVICE, INC.
14

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXIS BERMUDEZ, an individual,<br><br>Plaintiff,<br><br>v.<br><br>UNITED PARCEL SERVICE, INC., an Ohio Corporation; UNITED PARCEL SERVICE CO., a Delaware Corporation, individually and doing business as UNITED PARCEL SERVICE CO. (AIR); UNITED PARCEL SERVICE OF AMERICA, INC., a Delaware Corporation; UNITED PARCEL SERVICE GENERAL SERVICES CO., a Delaware Corporation; UPS EXPEDITED MAIL SERVICES, INC., a Delaware Corporation; UPS FUEL SERVICES, INC., a Delaware Corporation; UPS PROFESSIONAL SERVICES, INC., a Delaware Corporation; | Case No. 3:19-cv-04140-CRB<br><br>**STIPULATION RE: DISMISSAL OF PARTIES**<br> ORDER<br>Complaint Filed: June 18, 2019<br>Trial Date: None Set |

1

STIPULATION RE: DISMISSAL OF PARTIES          Case No. 3:19-cv-04140-CRB

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | UPS GROUND FREIGHT, INC., a Virginia Corporation; UPS MAIL INNOVATIONS, INC., a Delaware Corporation; UPS SUPPLY CHAIN SOLUTIONS GENERAL SERVICES, INC., a Delaware Corporation; UPS SUPPLY CHAIN SOLUTIONS, INC., a Delaware Corporation; UPS WORLDWIDE FORWARDING, INC., a Delaware Corporation; and Does 1- 20, inclusive,<br><br>Defendants. |

The parties, through their respective counsel, stipulate as follows:

WHEREAS, Plaintiff has brought this action relating to his former employment against a number of entities including the following: UNITED PARCEL SERVICE, INC., an Ohio Corporation; UNITED PARCEL SERVICE CO., a Delaware Corporation, individually and doing business as UNITED PARCEL SERVICE CO. (AIR); UNITED PARCEL SERVICE OF AMERICA, INC., a Delaware Corporation; UNITED PARCEL SERVICE GENERAL SERVICES CO., a Delaware Corporation; UPS EXPEDITED MAIL SERVICES, INC., a Delaware Corporation; UPS FUEL SERVICES, INC., a Delaware Corporation; UPS PROFESSIONAL SERVICES, INC., a Delaware Corporation; UPS GROUND FREIGHT, INC., a Virginia Corporation; UPS MAIL INNOVATIONS, INC., a Delaware Corporation; UPS SUPPLY CHAIN SOLUTIONS GENERAL SERVICES, INC., a Delaware Corporation; UPS SUPPLY CHAIN SOLUTIONS, INC., a Delaware Corporation; and UPS WORLDWIDE FORWARDING, INC., a Delaware Corporation;

WHEREAS, these entities, through their counsel, have represented and do represent that UNITED PARCEL SERVICE, INC., an Ohio Corporation, is the proper Defendant who was Plaintiff's former employer with respect to Plaintiff's claims in this matter; and

///

///

///

///

///

1 | WHEREAS, the Parties agree that UNITED PARCEL SERVICE CO., a Delaware Corporation, individually and doing business as UNITED PARCEL SERVICE CO. (AIR); UNITED PARCEL SERVICE OF AMERICA, INC., a Delaware Corporation; UNITED PARCEL SERVICE GENERAL SERVICES CO., a Delaware Corporation; UPS EXPEDITED MAIL SERVICES, INC., a Delaware Corporation; UPS FUEL SERVICES, INC., a Delaware Corporation; UPS PROFESSIONAL SERVICES, INC., a Delaware Corporation; UPS GROUND FREIGHT, INC., a Virginia Corporation; UPS MAIL INNOVATIONS, INC., a Delaware Corporation; UPS SUPPLY CHAIN SOLUTIONS GENERAL SERVICES, INC., a Delaware Corporation; UPS SUPPLY CHAIN SOLUTIONS, INC., a Delaware Corporation; and UPS WORLDWIDE FORWARDING, INC., a Delaware Corporation, should be dismissed from the Action in order to simplify the pleadings and serve the interests of judicial economy; and

WHEREAS, said dismissal shall be without prejudice; and

WHEREAS, the parties agree that if the Court determines that any of the Dismissed Defendants should be reintroduced into the case (for example, based on a contention by Plaintiff and a finding by the Court that one is an alter ego of or successor-in-interest to UNITED PARCEL SERVICE, INC., an Ohio Corporation, which is not conceded by this stipulation), such reintroduction shall relate back to the time of the filing of the original complaint in this matter for the purposes of the calculation of any applicable statutes of limitation:

The parties therefore request this Court Order that UNITED PARCEL SERVICE CO., a Delaware Corporation, individually and doing business as UNITED PARCEL SERVICE CO. (AIR); UNITED PARCEL SERVICE OF AMERICA, INC., a Delaware Corporation; UNITED PARCEL SERVICE GENERAL SERVICES CO., a Delaware Corporation; UPS EXPEDITED MAIL SERVICES, INC., a Delaware Corporation; UPS FUEL SERVICES, INC., a Delaware Corporation; UPS PROFESSIONAL SERVICES, INC., a Delaware Corporation; UPS GROUND FREIGHT, INC., a Virginia Corporation; UPS MAIL INNOVATIONS, INC., a Delaware Corporation; UPS SUPPLY CHAIN SOLUTIONS GENERAL SERVICES, INC., a Delaware Corporation; UPS SUPPLY CHAIN SOLUTIONS, INC., a Delaware Corporation;

and UPS WORLDWIDE FORWARDING, INC., a Delaware Corporation, be dismissed without prejudice.

Dated: October 18, 2019     LAW OFFICES OF JEREMY PASTERNAK

By: */s/ Jeremy Pasternak (as approved on 10/18/19)*
　　Jeremy Pasternak
　　Deanna L. Maxfield
　　Attorneys for Plaintiff
　　ALEXIS BERMUDEZ

Dated: October 21, 2019     LITTLER MENDELSON, P.C.

By: */s/ Barbara A. Blackburn*
　　Barbara A. Blackburn
　　Nathaniel H. Jenkins
　　Attorneys for Defendant
　　UNITED PARCEL SERVICE, INC.

Dated: October 24, 2019

4851-3424-6314.1 101661.1017

**APPROVED**
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA